UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:09-CR-0277-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER HASHAN GAY | ) | |

Upon consideration of the Government's Consent Motion for Entry of Pretrial Scheduling Order, and for good cause shown, it is hereby ORDERED that the parties shall adhere to the following deadlines:

1. _July 31, 2010_ - Deadline the Defendant's expert to evaluate the defendant and disclose his/her expert report to the United States.

2. _Aug 31, 2010_ - Deadline for the United States to conduct further evaluations of the defendant and disclose any rebuttal and/or supplemental expert reports to the defense.

3. _Sept 30, 2010_ - Status conference to discuss progress of expert disclosures and to set final pretrial deadlines.

4. _Nov. 1, 2010_ - Arraignment.

The parties have stipulated that the foregoing deadlines are necessary to permit the defendant the opportunity to fully and

adequately prepare his insanity defense, and for the Government to prepare a rebuttal to such defense. Therefore, the Court finds as a fact that the ends of justice served by the extended pretrial schedule discussed above outweigh the best interests of the public and the defendant in a speedy trial, and that such period of delay resulting from the new deadlines shall be excluded from speedy trial computations pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

SO ORDERED.

This ___ day of June, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE