UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-277-BO

FILED
OCT 25 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHRISTOPHER HASHAN GAY, ) | |
| Defendant ) | |

THIS MATTER is before the undersigned upon a motion by the Defendant with the consent of the attorney for the United States. The Defendant and the Government both seek an additional order from this Court authorizing certain psychiatrists, to wit, Dr. David Marks, to speak with representatives of the Defendant and the Government concerning the Defendant's medical history, condition, care, treatment, and prognosis. This order would also authorize these physicians to discuss their opinions, if any, concerning the ability of the Defendant to appreciate the nature and quality or the wrongfulness of his actions at the time of his alleged firearm possession on January 2, 2009. This Court finds as a fact that such conversations set forth above between the aforementioned psychiatrists and representatives of the parties are necessary for the proper administration of justice.

THEREFORE, the Court ORDERS that the following psychiatrists are authorized to discuss the medical history, condition, care, treatment, and prognosis of Christopher Hashan Gay, as well as his opinions, if any, concerning Mr. Gay's ability to understand right from wrong at the time of the conduct charged in the Indictment. with attorney Mitchell G. Styers, and attorneys and agents of the United States: Dr. David Marks.

THIS THE 24 DAY OF OCTOBER, 2010

_____
UNITED STATES JUDGE