UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-277-BO


FILED
APR 1 8 2011
US DISTRICT COURT, EDNC
BY ___ DEP. CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHRISTOPHER HASHAN GAY, ) | |
| Defendant ) | |

This matter is before the Court on the Motion of the Defendant to continue the Sentencing in the above captioned matter presently scheduled for the May 2, 2011 term of Court in Raleigh, North Carolina.

This case is hereby CONTINUED until _June Term 2011_.

This _15_ day of _April_, 2011.

_Terrence Boyle_
Honorable Terrence W. Boyle
United States District Court Judge